STEVENS & McMILLAN
Heather McMillan (SBN 188939)
Jacob Bach (SBN 241947)
E-mail: stevensandcarlberg@yahoo.com
335 Centennial Way
Tustin, California  92780
Telephone:  (714) 730-1000
Facsimile:  (714) 730-1067

Attorneys for Plaintiff
Neil Warner

SEYFARTH SHAW LLP
Alfred L. Sanderson Jr. (SBN 186071)
E-mail: asanderson@seyfarth.com
Sophia S. Kwan (SBN 257666)
E-mail: skwan@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
NATIONAL VISION INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WARNER,<br><br>            Plaintiff,<br><br>     v.<br><br>NATIONAL VISION, INC., and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 5:11-CV-01980 GAF (DTBx)<br><br>**[PROPOSED] ORDER RE: STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIAL AND PROPRIETARY INFORMATION**<br><br>Complaint Filed:    October 28, 2011 |

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, and DECREED that all parties to this action shall obey the provisions of the attached Stipulation concerning confidential and proprietary information.

IT IS SO ORDERED.

DATED: November 29, 2012

_____
Honorable David T. Bristow
United States District Magistrate Judge

1