1  STEVENS & McMILLAN
   Heather McMillan (SBN 188939)
2  Jacob Bach (SBN 241947)
   E-mail: stevensandcarlberg@yahoo.com
3  335 Centennial Way
   Tustin, California  92780
4  Telephone:  (714) 730-1000
   Facsimile:  (714) 730-1067
5
   Attorneys for Plaintiff
6  Neil Warner

7  SEYFARTH SHAW LLP
   Alfred L. Sanderson Jr. (SBN 186071)
8  E-mail: asanderson@seyfarth.com
   Sophia S. Kwan (SBN 257666)
9  E-mail: skwan@seyfarth.com
   400 Capitol Mall, Suite 2350
10 Sacramento, California  95814-4428
   Telephone:  (916) 448-0159
11 Facsimile:  (916) 558-4839

12 Attorneys for Defendant
   NATIONAL VISION INC.
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL WARNER, | Case No. 5:11-CV-01980 GAF (DTBx) |
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATION AND PROTECTIVE ORDER REGARDING CONFIDENTIAL AND PROPRIETARY INFORMATION** |
| v. | |
| NATIONAL VISION, INC., and DOES 1 through 50, inclusive, | |
| Defendant. | Complaint Filed:   October 28, 2011 |

GOOD CAUSE APPEARING, it is hereby ORDERED, ADJUDGED, and DECREED that all parties to this action shall obey the provisions of the attached Stipulation concerning confidential and proprietary information.

IT IS SO ORDERED.

DATED: November 29, 2012

_____
Honorable David T. Bristow
United States District Magistrate Judge

1